McGREGOR W. SCOTT
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2709

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:04-CR-0485-GEB |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| v. | ) | |
| SANTIAGO ROCERO RIBERAL,<br>     aka Sam Riberal, | ) | |
| Defendant. | ) | |

WHEREAS, on September 6, 2005, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon defendant Santiago Rocero Riberal aka Sam Riberal entering a guilty plea to the Superseding Information and agreeing to forfeit to the United States the following property:

        a. Maxtor drive, model no. 91360U4, serial no. C40A2KVC;

        b. Maxtor drive, model no. 9102102, serial no. G222114C;

        c. Maxtor drive, model no. 2B020H1, serial no. B16RK7NE;

        d. Western Digital drive, model no. AC38400-00RN, serial no. WM621; and

1           e.    Western Digital drive, model no. WD75AA,
2                serial no. WMA2p.

3     AND WHEREAS, on December 13, 20, and 27, 2005, the United
4 States published notification of the Court's Preliminary Order of
5 Forfeiture in the <u>Stockton Record</u> (San Joaquin County), a newspaper
6 of general circulation located in the county in which the subject
7 property was seized.  Said published notice advised all third
8 parties of their right to petition the court within thirty (30) days
9 of the publication date for a hearing to adjudicate the validity of
10 their alleged legal interest in the forfeited property;
11     AND WHEREAS, the Court has been advised that no third party has
12 filed a claim to the subject property, and the time for any person
13 or entity to file a claim has expired.
14     Accordingly, it is hereby ORDERED and ADJUDGED:
15     1.  A Final Order of Forfeiture shall be entered forfeiting to
16 the United States of America all right, title, and interest in the
17 above-listed property pursuant to 18 U.S.C. § 2253, to be disposed
18 of according to law, including all right, title, and interest of
19 Santiago Rocero Riberal aka Sam Riberal.
20     2.  All right, title, and interest in the above-described
21 property shall vest solely in the name of the United States of
22 America.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1        3.   The United States shall maintain custody of and control
2   over the subject property until it is disposed of according to law.
3
    Dated:  March 13, 2006
4
5                                   /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
6                                   United States District Judge